## MOTION DOCKET

**97–1618.  Ameritech Ohio v. Pub. Util. Comm.**
Public Utilities Commission, No. 97–654–TP–CSS.  On motion for leave to intervene of Ohio Cable Telecommunications Association and motion for leave to intervene of Ohio Consumers' Counsel. Motions granted.

RESNICK, J., not participating.

**97–2200.  Hillyer v. Great Am. Ins. Co.**
Lake App. No. 97–L–148.  On motion to strike Section II of reply brief and on motion to strike Section II of *amicus curiae* reply brief.  Motions denied.

**98–405.  Hamilton Ins. Serv., Inc. v. Nationwide Ins. Cos.**
Richland App. Nos. 97CA27 and 97CA42.  On motion to strike reply brief of Ohio Chamber of Commerce et al.  Motion denied.

**98–1166.  State v. Robb.**
Franklin App. Nos. 95APA08–1003 and 95APA08–1008.  On motion for appointment of counsel. Motion referred to the court of appeals for appointment of counsel.

**98–1265.  State v. Irby.**
Hamilton App. No. C–960908.  On motion for leave to file delayed appeal.  Motion denied.

LUNDBERG STRATTON, J., dissents.